IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| NORTHBROOK DIGITAL CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 00-CV-451 MJD/JGL |
| v. | § | |
| | § | |
| | § | |
| WEB 3000, INC., | § | |
| | § | |
| Defendant. | § | |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Northbrook Digital Corporation and Defendant Web 3000, Inc., through their undersigned counsel, that Defendant Web 3000, Inc.'s time to answer or otherwise respond to the Complaint in the above-captioned action is extended to and including May 5, 2000.

The parties, therefore, respectfully request the Court grant this extension.

APR 27 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

M:1000477

Respectfully submitted,

DATED: April 26, 2000

Peter M. Lancaster, #159840
Devan V. Padmanabhan, #240126
DORSEY & WHITNEY LLP
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-7811

ATTORNEYS FOR PLAINTIFF
NORTHBROOK DIGITAL CORPORATION

Respectfully submitted,

DATED: April 26, 2000

Timothy M. Kenny, #247716
FULBRIGHT & JAWORSKI L.L.P.
4850 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402-4320
(612) 321-2800

J. Jeffery Richardson
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
(214) 855-8000

ATTORNEYS FOR DEFENDANT
WEB 3000, INC.

SO ORDERED BY THE COURT

The Honorable Jonathan G. Lebedoff
U.S. District Court Magistrate Judge

DATED: April 27, 2000



M: 1000477