IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Northbrook Digital Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 00-CV-451 MJD/JGL |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND ORDER** |
| | ) | **FOR DISMISSAL WITH** |
| Web 3000, Inc., | ) | **PREJUDICE AND WITHOUT** |
| | ) | **COSTS** |
| Defendant. | ) | |

Pursuant to and based upon a Settlement and Exclusive License Agreement, the parties to this action hereby agree that the above-entitled action shall be dismissed with prejudice, each party to bear its own costs and attorney fees.

Dated: 26 May, 2000

FULBRIGHT & JAWORSKI L.L.P.

By Timothy M. Kenny

Timothy M. Kenny (#247716)
4850 U.S. Bank Place
601 Second Ave. So.
Minneapolis, Minnesota 55402
Telephone: (612) 321-2800

COUNSEL FOR DEFENDANT

Dated: 5/26, 2000

DORSEY & WHITNEY LLP

By [signature]

Peter M. Lancaster (#159840)
Devan V. Padmanabhan (#240126)
220 South Sixth Street
Pillsbury Center South
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

COUNSEL FOR PLAINTIFF

FILED MAY 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered that all claims asserted in this action are hereby dismissed on the merits and with prejudice, each party to bear its own costs.

Michael J. Davis

Judge of United States District Court

5-30-00